## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Jasmine Bond_

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Transunion LLC_

**COMPLAINT**

Jury Trial: ☐ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Jasmine Bond |
| | Street Address | 642 4th Ave |
| | County, City | Lycoming County, Williamsport |
| | State & Zip Code | PA, 17701 |
| | Telephone Number | 570-447-3623 |

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __Transunion__
Street Address __555 West Adams Street__
County, City __Cook County, Chicago__
State & Zip Code __Illinois, 60661__

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ○ Federal Questions      ○ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

Rev. 10/2009                                                  - 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Williamsport PA__

B. What date and approximate time did the events giving rise to your claim(s) occur? __May 15, 2023__

[What happened to you?]
C. Facts: I suffered economical and emotional damages from Transunion reporting inaccurate information to my consumer report

[Who did what?]
Transunion reported inaccurate information to my consumer report. Upon discovering this information I sent Transunion a notice along with exhibits to rectify this matter. Transunion has not responded or made any changes to my consumer report. As a result of Transunion actions I have suffered damages.

[Was anyone else involved?]
N/A

[Who else saw what happened?]
N/A

Rev. 10/2009                - 3 -

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have suffered economical and emotional damages

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
I will like the court to demand Transunion LLC to remove all accounts referenced in this matter and monetary compensation of $15,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of June, 20 23.

Signature of Plaintiff _Jasmine Bond_
Mailing Address _662 4th Ave_
_Williamsport, PA_
_17701_
Telephone Number _570-447-3823_
Fax Number (if you have one) _____
E-mail Address _jasminebond34@yahoo.com_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20 ____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

UNITED STATES DISTRICT COURT DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| Jasmine Bond | | * |
| | | * Unlimited Jurisdiction |
| Plaintiff, | | * |
| | | * |
| | V. | * Complaint For Damages |
| | | * Violation of 15 U.S.C. 1681 |
| Trans Union LLC | | * |
| | | * |
| Defendant, | | * |

********************************************************************

## Verified Complaint

Plaintiff Jasmine Bond ("Plaintiff"), as an individual, complains and alleges against Defendant Trans Union LLC ("Trans Union") as follows:

### INTRODUCTION

1. This action arises out of the Defendant violation of 15 U.S.C. 1681 the Fair Credit Reporting Act as well as negligence and Plaintiff seeks statutory and actual damages.

### IDENTIFICATION OF PLAINTIFF

3. Plaintiff Jasmine Bond, a woman who sometimes acts as a consumer who domiciles on the land located in this district.

### IDENTIFICATION OF DEFENDANT(S)

4. Defendant Trans Union LLC is a corporation registered to do business in the State of Pennsylvania.

### JURISDICTION VENUE

5. This Court has jurisdiction to adjudicate Plaintiff claims under 28 U.S.C 1331.

6. This Court has jurisdiction to adjudicate Plaintiff claims under 15 U.S.C. 1681.

UNITED STATES DISTRICT COURT DISTRICT OF
PENNSYLVANIA

7. This Court has jurisdiction to adjudicate Plaintiffs claims because every jurisdiction, state, and federal maintains equity jurisprudence.

8. This Court has personal jurisdiction over TransUnion because the acts and omissions alleged herein occurred in this state.

9. Trans Union LLC is a Illinois Company who domiciles in Cook County at 555 West Adams Street, Chicago, IL 60661.

**FACTS COMMON TO ALL NATURE OF ACTIONS**

10. On or about May 15, 2023, I reviewed my credit report and noticed some inaccuracies and violations of the Fair Credit Reporting Act.

11. On or about May 15, 2023, I, Jasmine Bond sent TransUnion a notice regarding the inaccurate information and violations of the Fair Credit Reporting Act that were on my consumer report. After informing TransUnion of the inaccurate information and federal violations no changes were made to my consumer report. (See Exhibit B).

12. As a result of TransUnion actions I, Jasmine Bond have suffered economically and emotionally.

**FIRST CAUSE OF ACTION: INACCURATE INFORMATION**

13. On or about May 15, 2023, I, Jasmine Bond sent Trans Union a notice referencing a Toyota Motor account with inaccurate information being reported for the months of June 2021, July 2021 which both reflect thirty (30) days late, as well as the months of June 2022, and July 2022 both reflecting sixty (60) days late which are both inaccurate marks and both blatant violations of the Fair Credit Reporting Act. (See Exhibit C).

# UNITED STATES DISTRICT COURT DISTRICT OF PENNSYLVANIA

14. The Fair Credit Reporting Act is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system.

15. TransUnion has a duty to meet the needs of commerce for consumer credit in a manner which is fair and equitable to the consumer with regard to accuracy, confidentiality, and proper utilization of consumers information.

## SECOND CAUSE OF ACTION: VIOLATION OF 15 U.S.C. 1681

13. On or about May 15, 2023, I sent Trans Union a notice referencing a EASYPAY/DVR account which has a balance of $2,070, original balance of $1,010, and a past due amount of $2,070 which are all transactions and violations of the Fair Credit Reporting Act. (See Exhibit D).

14. Pursuant to 15 U.S.C. 1681a the term "consumer reports" does not include a report containing information solely as to transactions or experiences between the consumer and the person making the report. (see exhibit E)

15. TransUnion has a duty to meet the needs of commerce for consumer credit in a manner which is fair and equitable to the consumer with regard to accuracy, confidentiality, and proper utilization of consumers information.

UNITED STATES DISTRICT COURT DISTRICT OF PENNSYLVANIA

## THIRD CAUSE OF ACTION: VIOLATION OF 15 U.S.C. 1681

16. On or about May 15, 2023, I sent Trans Union a notice referencing a National Recovery account which has a balance of $731 which is a transaction and blatant violation of the Fair Credit Reporting Act. (See Exhibit F)

17. Pursuant to 15 U.S.C. 1681a the term "consumer reports" does not include a report containing information solely as to transactions or experiences between the consumer and the person making the report. (See Exhibit E).

18. TransUnion has a duty to meet the needs of commerce for consumer credit in a manner which is fair and equitable to the consumer with regard to accuracy, confidentiality, and proper utilization of consumers information.

19. As a result of TransUnion reporting inaccurate information and violationing the Fair Credit Reporting Act I, Jasmine Bond have been economically and emotionally damaged.

## REQUEST FOR RELIEF

1. Remove all accounts referenced above from all third party reporting agencies.

2. For actual general damages on each cause of action for which such damages are available;

3. For special damages including punitive damages on each cause of action for which such damages are available;

4. For civil liability on each cause of action for which such damages are available;

5. For such other and further relief as the court deems just proper and equitable

UNITED STATES DISTRICT COURT DISTRICT OF
PENNSYLVANIA

## JURY DEMAND

I, Jasmine Bond, Plaintiff hereby demand a trial by jury of all matters so triable herein.

Respectfully submitted,

Jasmine Bond
662 4th Ave
Williamsport, PA, 17701
Jasminebond34@yahoo.com

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jasmine Bond

**DEFENDANTS**
Trans Union LLC

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1681; The Fair Credit Reporting Act
Brief description of cause:
Inaccurate reporting and violation of the FCRA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____